IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:14CR56 |
| | ) | 8:14CR58 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER FOR RELEASE OF** |
| | ) | **DEFENDANT FROM MARSHAL** |
| DUSTIN ALLEN DENNEY, | ) | **CUSTODY TO RESIDENTIAL** |
| | ) | **SUBSTANCE ABUSE** |
| Defendant. | ) | **TREATMENT** |

This matter is before the Court following hearing on June 16, 2015 and the Defendant's motion for release to residential substance abuse treatment.

Upon consideration, the Court orders that:

1. The U.S. Marshal shall transport the Defendant from his place of detention and release him from the U.S. Marshal's courthouse facility by 9:00 a.m. on June 22, 2015.

2. The Defendant shall then immediately travel in the company of his mother, Pearl Richey, and report to the 30 day in-patient treatment program at the Winnebago Omaha Indian Health Service Drug Dependency Unit, Highway 77/75 Winnebago, Nebraska.

3. The Defendant shall remain in and comply with all of the rules of such program. The Defendant shall follow all recommendations for subsequent after care, including any halfway house or similar placements, and shall comply with all conditions of his supervised release.

4. Should the Defendant violate this Order, or the current terms of his supervision then a warrant for his arrest shall issue.

Dated this 16th day of June, 2015

                **__s/ Joseph F. Bataillon_____**
                **Joseph F. Bataillon**
                **Senior United States District Judge**